NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CIARA ABIGAIL ROSENBLATT,       )
                                )
            Appellant,          )
                                )
v.                              )        Case No. 2D18-1477
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

                Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.